UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY ___ D.C.
NOV 19 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

CASE NO.   19-60101-CR-SMITH(s)

IN RE SEALED INDICTMENT
_____/

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the superseding indictment, arrest warrants, and any resulting order be SEALED until the arrest or surrender of the first defendant or until further order of this court, excepting the United States Attorney's Office which may obtain copies of any superseding indictment, any arrest warrant, or other sealed document for purposes of arrest, extradition, or any other necessary cause, for the reason that the named defendants may flee should knowledge of this superseding indictment become public, and to protect witnesses involved in this matter.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: /s/ Cynthia R. Wood
CYNTHIA R. WOOD
ASSISTANT UNITED STATES ATTORNEY
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
(954) 660- 5923 Office
(954) 356- 7336 Facsimile
Cynthia.Wood@usdoj.gov