UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60101-cr-RS

**UNITED STATES OF AMERICA**

vs.

**LUIS EDUARDO ARTEAGA et al.,**

           **Defendants.**
_____/

**GOVERNMENT'S DEMAND FOR DISCLOSURE PURSUANT TO
THE STANDING DISCOVERY ORDER AND RULE 26.2**

Plaintiff, United States of America, by and through its attorneys, JUAN ANTONIO GONZALEZ, United States Attorney for the Southern District of Florida, and Cynthia R. Wood, Assistant U.S. Attorney, hereby demands that the defense respond to the Standard Discovery Order entered on April 26, 2019, and January 8, 2021, for those defendants who intend to proceed to trial. Local Rule 88.10(b) states:

(b) Following a defendant's request to the Court for entry of the Standing Discovery Order and the Court's entry of the Standing Discovery Order, the defendant, subject to the provisions of Fed. R. Crim. P. 16(b)(2), shall:

    (1) after the government complies with Fed. R. Crim. P. 16(a)(1)(E), comply with the obligations that arise under Fed. R. Crim. P. 16(b)(1)(A); and

    (2) after the government complies with Fed. R. Crim. P. 16(a)(1)(F), comply with the obligations that arise under Fed. R. Crim. P.16(b)(1)(B).

The United States has complied with its obligations under Fed. Crim. P. 16(a)(1)(E), and requests that the defendants comply with Fed. R. Crim. P. 16(b)(1)(A) which states:

1

A.  "…[T]he defendant(s) must permit the government, upon request, to inspect and to copy or photograph books, paper, documents, data, photographs, tangible objects, buildings, or places or copies or portions of any of these items:

  (i)  if the item is within the defendant's possession, custody, or control; and

  (ii) the defendant(s) intends to use the item in the defendant's case-in-chief at trial.

The United States has complied with its obligations under Fed. Crim. P. 16(a)(1)(F), and requests that the defendants comply with Fed. R. Crim. P. 16(b)(1)(B) which states:

B.  "…[T]he defendant(s) must permit the government, upon request, to inspect and to copy or photograph, the results or reports of any physical or mental examination and of any scientific test or experiment if:

  (i)  if the item is within the defendant's possession, custody, or control; and

  (ii) the defendant(s) intends to use the item in the defendant's case-in-chief at trial or intends to call the witness who prepared the report, and the report is related to witness's testimony.

C.  The defendant, must, at the government's request, give to the government a written summary of any testimony that the defendant intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence as evidence at trial,

  (i)  The defendant having requested disclosure under sub-division

(a)(1)(G) and the government having complied.

The United States further demands for any witness other than the defendant, any statement of the witness that is in their possession and that relates to the subject matter of the witness's testimony, at the earliest time possible but pursuant to Rule 26.2, no later than after the witness has testified on direct examination.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: /s/ *Cynthia R. Wood*
CYNTHIA R. WOOD
Assistant United States Attorney
99 N.E. 4th Street, 4th Floor
Miami, Florida 33132
Tel: (305) 961-9185
Fax: (305) 530-6168
Cynthia.Wood@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on November 20, 2021.

/s Cynthia R. Wood
Cynthia R. Wood
Assistant United States Attorney
