UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 19-cr-60101-RS

UNITED STATES OF AMERICA,   )
                            )
            Plaintiff,      )
                            )
vs.                         )         **DEFENDANTS'**
                            )         **EXHIBIT AND WITNESS LIST**
                            )
LUIS ARTEAGA,               )
et al.,                     )
                            )
            Defendants.     )
_____/

| PRESIDING JUDGE<br>MAGISTRATE JUDGE PATRICK HUNT | PLAINTIFF'S ATTORNEY<br>AUSA CYNTHIA WOOD | DEFENDANT'S ATTORNEY<br>MICHAEL J. ROSEN, ESQ. |
|---|---|---|
| EVIDENTIARY HEARING DATE(S)<br>OCTOBER 11 - 12, 2022 | COURT REPORTER | COURTROOM DEPUTY<br>TROY WALKER |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION |
|---|---|---|---|---|---|
|  | 1 | 10.11.22 |  | [1] | USB thumbdrive (Witness(es) |
|  | 2 | 10.11.22 |  | √ | 8.18.15 - S. Torres Conflict of Interest Certification re: In Re: Executive Pharmacy (Witness: Susan Torres) |

_____

[1]  Provisionally admitted.  To be filed, conventionally.

_____

**MICHAEL J. ROSEN, PA**
100 SE 2ND STREET - SUITE 3400
MIAMI, FL 33131
TEL (305) 446-6116 • FAX (305) 448-1782
_____

Page 1 of  5

Case No.: 19-cr-60101-RS

| | 3 | 10.11.22 | | √ | 9.16.15: Troncoso Qui Tam Complaint (Witness: Susan Torres) |
|---|---|---|---|---|---|
| | 4 | 10.11.22 | | √ | 9.23.15: Civil Investigative Demand to Executive Pharmacy (Witnesses: Susan Torres; Brian Hill) |
| | 5 | 10.11.22 | | √ | 10.15.15 - S. Torres Conflict of Interest Certification re: *Troncoso v. Executive Pharmacy* (Witness: Susan Torres) |
| | 6 | 10.11.22 | | √ | 12.14.15-K Stewart ltr to Christine Abbott re: target of GJ investigation (W: K Stewart; B Hill) |
| | 7 | 10.11.22 | | √ | 12.21.15 - US DoD notice re: qui tam action (Marchowskla ltr w/out exhibits) (Witness: Susan Torres) |
| | 8 | 10.11.22 | | √ | 12.22.15 - N. Waid to S. Torres: transmittal of 3rd production (Witness: Susan Torres; Nicole Waid) |
| | 9 | 10.11.22 | | √ | 7.8.16. - S. Torres ltr to N Waid requesting additional information (Witness: Susan Torres; Nicole Waid) |
| | 10 | 10.11.22 | | √ | 11.1.16 – B. Cassidy ltr to S Torres re CID (Witness: Bernard Cassidy; Susan Torres) |
| | 11 | 10.13.22 | | √ | 6.8.17 - Composite: (a) B. Cassidy notes of meeting with S., Torres (b) cont'd notes of B Cassidy (Witness: Bernard Cassidy; Susan Torres) |
| | 12 | 10.11.22 | | √ | 6.20.17 - Search and Seizure Warrant and Affidavit (Witness: Brian Hill; Karen Stewart; Susan Torres) |
| | 13 | not offered | | | 6.20.17 - DOL Interview of Alexa Montesinos (Witness: John Marro) |
| | 14 | 10.11.22 | | √ | 6.30.17 - DoD In-person Interview of Luis Arteaga, dated 7.5.17 (Witness: Caleb King; Gustavo Rivera Morales) |
| | 15 | 10.11.22 | | √ | 6.30.17 - DoD Phone Interview of Luis Arteaga (Witness: Caleb King) |

_____

**MICHAEL J. ROSEN, PA**
100 SE 2ND STREET - SUITE 3400
MIAMI, FL 33131
TEL (305) 446-6116 • FAX (305) 448-1782
_____

Case No.: 19-cr-60101-RS

| | | | | | |
|---|---|---|---|---|---|
| | 16 | 10.12.22 | | √ | 4.00.18 - Composite: a) 4.10.18 - DOJ transmittal of GJ Subpoena; b) 4.10.18 - GJ Subpoena to Executive Pharmacy; c) 4.18.18 - Waiver of Appearance; d) 4.23.18 - B Cassidy ltr to SA B. Hill (Witness: Bernard Cassidy; Brian Hill) |
| | 17 | 10.11.22 | | √ | 6.1.18 - SA B Hill Investigative Report re: A-C Privilege Taint (Witness: Brian Hill; Kevin Larsen) |
| | 18 | | | | 4.25.19 - Indictment (DE 1)(front page) (Judicial Notice) |
| | 19 | 10.12.22 | | √ | 12.10.19 - DoD OIG Case Summary (Witness: Gustavo Rivera Morales; Brian Hill) |
| | 20 | 10.11.22 | | √ | 1.17.19 - DOJ Internal Memo to K Stewart from Nathan Green (Witness: Karen Stewart; Susan Torres; Records Custodian) |
| | 21 | | | | 10.29.21 - 2nd Superseding Indictment (front page) (Judicial Notice) |
| | 22 | 10.13.22 | | √ | 11.5.21 - Email chain re: taint filter (Witness: Kevin Larsen) |
| | 23 | 10.13.22 | | √ | 11.17.19 - K Larsen email to trial team re: filter project review (Witness: Kevin Larsen; |
| | 24 | 10.13.22 | | √ | 11.19.21 - K Larsen email to defense counsel re: production of filtered docs (Witness: Kevin Larsen) |
| | 25 | | | | The United States Record Keeping and Destruction Policies (partial) (Witness: Records Custodian) |
| | 26 | | | | DOJ Manual: Searches of Premises of Subject Attorneys (9-13.420) (Witness: Karen Stewart; Brian Hill) |
| | 27 | 10.11.22 | | √ | 9.2.2020 - DOJ Notice to Close Legal Case File (Bates EP 000566) |

_____

**MICHAEL J. ROSEN, PA**
100 SE 2ND STREET - SUITE 3400
MIAMI, FL 33131
TEL (305) 446-6116 • FAX (305) 448-1782
_____

Case No.: 19-cr-60101-RS

Respectfully submitted,

Law Offices of Michael J. Rosen, P.A.
*Counsel for Defendant, Luis Arteaga*
100 SE 2nd Street, Suite 3400
Miami, Florida 33131
TEL:  305-446-6116
FAX:  305-448-1782

By: *s/ Michael J. Rosen*
    Michael J. Rosen, Esq.
    Florida Bar No. 183719
    mjr@mjrosenlaw.com

VICTOR E. ROCHA, P.A.
*Counsel for Alexa Montesinos*
7700 North Kendall Drive, Suite 604
Miami, Florida 33156
Tel:  305.774.9111
Email: rochalaw@gmail.com

    *s/Victor E. Rocha*
    Victor E. Rocha, Esquire
    Fla. Bar No. 366382

PHILIP R. HOROWITZ
*Counsel for Alexa Montesinos*
7700 North Kendall Drive, Suite 604
Miami, Florida 33156
Tel:  305.670.1915
Email: HorowitzDefense@aol.com

    *s/Philip R. Horowitz*
    Philip R. Horowitz, Esquire
    Fla. Bar No. 466557

Case No.: 19-cr-60101-RS

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on this 24th day of October, 2022, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system (CM/ECF) upon counsel of record.

_s/Michael J. Rosen_
Michael J. Rosen

---

**MICHAEL J. ROSEN, PA**
100 SE 2ND STREET - SUITE 3400
MIAMI, FL 33131
TEL (305) 446-6116 • FAX (305) 448-1782

---